**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William V. Mitchell** | Social Security number or ITIN | **xxx–xx–5662** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–20348–GLT**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William V. Mitchell

5/13/20

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20348-GLT
William V. Mitchell                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin            Page 1 of 2             Date Rcvd: May 13, 2020
                             Form ID: 318            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db              +William V. Mitchell,   147 Wayne Drive,   Lower Burrell, PA 15068-2632
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15191753        +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
15191758        +Cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
15191759        +Cbna,   Attn: Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
15191762        +Consolidated Ambulance Network,   PO Box 447,   Ford City, PA 16226-0447
15191766         First Bankcard,   PO Box 2557,   Omaha, NE 68103-2557
15191768         Lower Burrell Volunteer Fire Co #3,   PO Box 18210,   Pittsburgh, PA 15236-0210
15191773        +Select Portfolio Servicing, Inc,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
15191775         Shop Your Way Mastercard,   PO Box 9001104,   Louisville, KY 40290-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:50:49      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              +EDI: PRA.COM May 14 2020 07:18:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15191755        +EDI: CAPITALONE.COM May 14 2020 07:18:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
15191757         EDI: CAPITALONE.COM May 14 2020 07:18:00      Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
15191756        +EDI: CAPITALONE.COM May 14 2020 07:18:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
15191760         EDI: COMCASTCBLCENT May 14 2020 07:18:00      Comcast,   PO Box 70219,
                 Philadelphia, PA 19176-0219
15191761        +EDI: COMCASTCBLCENT May 14 2020 07:18:00      Comcast,   300 Corliss Street,
                 Pittsburgh, PA 15220-4864
15191765         EDI: DISCOVER.COM May 14 2020 07:18:00      Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
15191764         EDI: DISCOVER.COM May 14 2020 07:18:00      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
15191763         EDI: DISCOVER.COM May 14 2020 07:18:00      Discover Card,   PO Box 6103,
                 Carol Stream, IL 60197-6103
15191767         EDI: RMSC.COM May 14 2020 07:18:00      Lowe's,   PO Box 530914,   Atlanta, GA 30353-0914
15191769         E-mail/PDF: MerrickBKNotifications@Resurgent.com May 14 2020 03:53:40      Merrick Bank,
                 PO Box 660702,   Dallas, TX 75266-0702
15191771        +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 14 2020 03:54:54
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
15191770        +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 14 2020 03:54:18
                 Merrick Bank/CardWorks,   Po Box 9201,   Old Bethpage, NY 11804-9001
15191772         EDI: RMSC.COM May 14 2020 07:18:00      Sam's Club,   PO Box 530942,   Atlanta, GA 30353-0942
15191774        +E-mail/Text: jennifer.chacon@spservicing.com May 14 2020 03:52:11
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
                 Salt Lake City, UT 84165-0250
15192628        +EDI: RMSC.COM May 14 2020 07:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15191777        +EDI: RMSC.COM May 14 2020 07:18:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
15191776        +EDI: RMSC.COM May 14 2020 07:18:00      Synchrony Bank/Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
15191779        +EDI: RMSC.COM May 14 2020 07:18:00      Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
15191778        +EDI: RMSC.COM May 14 2020 07:18:00      Synchrony Bank/Sams,   Po Box 965005,
                 Orlando, FL 32896-5005
15191781        +EDI: WTRRNBANK.COM May 14 2020 07:18:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
15191780        +EDI: WTRRNBANK.COM May 14 2020 07:18:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673
15191782         EDI: WTRRNBANK.COM May 14 2020 07:18:00      Target Card Services,   PO Box 660170,
                 Dallas, TX 75266-0170
                                                                                         TOTAL: 24


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee f
15191754*       +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
                                                                          TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: admin           Page 2 of 2              Date Rcvd: May 13, 2020
                              Form ID: 318           Total Noticed: 34
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2004-HE7, Mortgage Pass-Through Certificates, Series
           2004-HE7 c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
          Kenneth  Steidl   on behalf of Debtor William V. Mitchell julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                    TOTAL: 5
```